RECEIVED
NOV 13 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OTIS GUIDRY | CASE NO. 17-00199 |
| VERSUS | JUDGE Dee D. Drell |
| TARGET CORPORATION | MAGISTRATE Judge Carol B. Whitehurst |

### ORDER OF DISMISSAL

Considering the foregoing;

**IT IS HEREBY ORDERED** that all causes in the above captioned matter be dismissed against defendant, Target Corporation, with prejudice, each party to bear its own costs.

Alexandria, Louisiana, this 13th day of November, 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT